```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                             :
ANDREW TORO, on behalf of himself and all others             :
similarly situated,                                          :
                                                             :
                              Plaintiff,                     :      22-cv-6800 (LJL)
                                                             :
              -v-                                            :      ORDER
                                                             :
BLACKROWAN GAMES, LLC,                                       :
                                                             :
                              Defendant.                     :
                                                             X
---------------------------------------------------------------------
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2022
```

LEWIS J. LIMAN, United States District Judge:

The Court held an initial pretrial conference on November 21, 2022. Neither party was in attendance. Further, no attorney had entered an appearance for Defendant. The Court held another initial pretrial conference on December 12, 2022. While Plaintiff was in attendance, no attorney had yet to enter an appearance for Defendant.

Plaintiff is directed to request a certificate of default by December 30, 2022. After the Clerk of Court issues the certificate of default, Plaintiff is directed to file a letter with the Court seeking leave to move for default judgment with a proposed date for filing that motion. The Court will then schedule the date for filing the motion, a hearing date on the motion, and a date for Defendant to file opposing papers that Plaintiff will include on the notice of the motion to Defendant. If Defendant enters an appearance before Plaintiff files its letter, then Plaintiff is directed to file a letter requesting an initial conference for the purpose of scheduling discovery.

SO ORDERED.

Dated: December 13, 2022
       New York, New York                    _____
                                                    LEWIS J. LIMAN
                                                    United States District Judge